NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY MOORE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5144

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-065, Judge Mary Ellen Coster Williams.

---

## ON MOTION

---

## ORDER

The United States moves for a 14-day extension of time, until September 7, 2010, within which to file its response to the motion for a remand.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 2 7 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Anthony Moore
     Jeffrey A. Regner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 7 2010**

**JAN HORBALY**
**CLERK**